# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| King, Leo L. | U.S. District Court, W.D. Ky. | 05/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, full-time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States District Court
501 Broadway
Paducah, Ky, 42001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Sherman, Carter, Barnhart salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Paducah Bank and Trust, Checking Account | A | Interest | K | T | | | | | |
| 2. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 3. -Wells Fargo Money Market Account | A | Interest | M | T | | | | | |
| 4. -AT&T Stock | C | Dividend | L | T | | | | | |
| 5. -Abbot Laboratories Stock | A | Dividend | L | T | | | | | |
| 6. -Abbvie Inc Stock | B | Dividend | L | T | | | | | |
| 7. -Archer Daniels Midland Stock | B | Dividend | L | T | | | | | |
| 8. -Bristol Myers Squibb Stock | C | Dividend | N | T | | | | | |
| 9. -Chevron Corp Stock | C | Dividend | L | T | | | | | |
| 10. -Comcast Corp Stock | A | Dividend | L | T | | | | | |
| 11. -Corning Inc Stock | B | Dividend | L | T | | | | | |
| 12. -Disney Stock | C | Dividend | N | T | | | | | |
| 13. -Exxon Stock | B | Dividend | K | T | | | | | |
| 14. -GE Stock | A | Dividend | | | Donated | | | | |
| 15. -General Mills Stock | C | Dividend | L | T | | | | | |
| 16. -Halliburton Co Stock | A | Dividend | J | T | | | | | |
| 17. -Hasbro Inc Stock | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Intell Corp Stock | C | Dividend | M | T | | | | | |
| 19.  -IBM Stock | C | Dividend | L | T | | | | | |
| 20.  -McCormick & Co Inc Stock | B | Dividend | M | T | | | | | |
| 21.  -Merk & Co. Stock | C | Dividend | M | T | | | | | |
| 22.  -Microsoft Stock | C | Dividend | O | T | Donated (part) | | | | |
| 23.  -Oracle Corp Stock | B | Dividend | M | T | | | | | |
| 24.  -PNC Financial Services Stock | B | Dividend | K | T | | | | | |
| 25.  -Nuveen Invt Fds Inc Real Estate Secs Fund Cl A | C | Dividend | | | Sold | 12/17/20 | M | A | |
| 26.  -PIMCO FD PAC INVT MGMT, All Asst Fund Class C | C | Dividend | M | T | | | | | |
| 27.  -Principal Invs Fd Real Estate Secs Fd Cl A | C | Dividend | | | Sold | 05/28/20 | M | A | |
| 28.  -Principal Global Div Income Fd | C | Dividend | M | T | | | | | |
| 29.  -Proctor & Gamble Stock | C | Dividend | M | T | | | | | |
| 30.  -Southern Company Stock | B | Dividend | K | T | | | | | |
| 31.  -Vodafone Group Stock | B | Dividend | J | T | | | | | |
| 32.  -WAB TEC stock | A | Dividend | J | T | | | | | |
| 33.  BROKERAGE ACCOUNT #1A | | | | | | | | | |
| 34.  -KY St Ppty & Bldgs Bond, 49151FLY4 | A | Interest | | | Redeemed | 02/03/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -Western Ky Univ Rvs Bond, 9585193P3 | A | Interest | J | T | | | | | |
| 36.  -Fayette Cnty Ky Sch Dist Bond, 312432UK1 | A | Interest | J | T | | | | | |
| 37.  -Hardin Cnty Ky Sch Dist Bond, 411873QM7 | A | Interest | J | T | | | | | |
| 38.  --Owensboro KY Pub Proj bond 690887GZ1 | A | Interest | J | T | Buy | 08/07/20 | J | | |
| 39.  -Fayette Cnty Ky Sch Dist Fin Corp Bond, 312432UR6 | A | Interest | J | T | | | | | |
| 40.  -Miami Dade Cnty Fl W&S Bond, 59334DGQ1 | A | Interest | | | Redeemed | 10/01/20 | J | A | |
| 41.  -Harris Cnty Tx Mun Util Bond, 41421LCT3 | A | Interest | | | Redeemed | 08/03/20 | J | A | |
| 42.  -Brushy Creek Regl Util Auth Tx Bond, 117467EA4 | A | Interest | J | T | | | | | |
| 43.  -Ky St Ppty & Bldgs Commn Revs Bond, 49151E8R7 | A | Interest | J | T | | | | | |
| 44.  -Kentucky Rural wtr fin corp pub pj rev bond, 49140mun7 | A | Interest | J | T | | | | | |
| 45.  --Kenton Cnty Ky sch Dist Fin Corp Energy bond 491085BR6 | A | Interest | J | T | Buy | 02/05/20 | J | | |
| 46.  -Louisville & Jeff Cnty swr dist bond, 546589rx2 | A | Interest | J | T | | | | | |
| 47.  -Ky St Ppty & Bildgs Commn Revs Bds, 49151FYS3 | A | Interest | J | T | | | | | |
| 48.  -Ky Rural WTR fin corp pub proj rev bds, 49140MN6N4 | A | Interest | J | T | | | | | |
| 49.  -KY St Ppty & Bldgs Commn Revs Bds, 49151FHF0 | A | Interest | K | T | | | | | |
| 50.  -Louisville & Jeff Cnty Ky Met Swr & Drain Bd, 546589RP9 | A | Interest | J | T | | | | | |
| 51.  -Louisville & Jeff Cnty Ky Met Swr & Drain bd, 546589RS3 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Ky St TPK Auth Econ Dev Rd Rev bd, 491552YD1 | A | Interest | J | T | | | | | |
| 53. -Canyons Sch Dist Ut -Utah Sch Bd, 139078AU3 | A | Interest | J | T | | | | | |
| 54. -Ky St Tpk Auth Econ Dev Rd Rev bd, 4915522XT7 | A | Interest | J | T | | | | | |
| 55. -Ky St Tpk AuthEcon Dev Rd Rev bd, 491552ZA6 | A | Interest | J | T | | | | | |
| 56. -Dallas Tx Wtrwks & Swr rev bd, 2354164X9 | A | Interest | J | T | | | | | |
| 57. -Ky Assn of Cntys Fin Corp bd, 491196KB6 | A | Interest | J | T | | | | | |
| 58. -Fort Lupton Co wtr Sys Rev bond 347818BM7 | A | Interest | J | T | Buy | 10/22/20 | J | | |
| 59. -Regional Trans Dist Co Sales Tax rev bd, 759136RK2 | A | Interest | J | T | | | | | |
| 60. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 61. -Goldman Sachs ETF TR ETF y | A | Dividend | | | | | | | |
| 62. -Invesco TR Emerging Mkts Sov debt Y | A | Dividend | | | | | | | |
| 63. -Ishares Russell 2000 fund Y | A | Dividend | | | | | | | |
| 64. -Ishares Core MSCI emerging markets fund Y | A | Dividend | | | | | | | |
| 65. -Ishares Core S&P Midcap fund Y | A | Dividend | | | | | | | |
| 66. -Ishares Core S&P 500 S&P 500 Index fund Y | B | Dividend | | | | | | | |
| 67. -Ishares Core US Aggregate Bond Fund | B | Dividend | | | | | | | |
| 68. -Ishares Edge MSCI Min Vol USA ETF Y | A | Dividend | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -Ishares S&P Midcap value fund Y | A | Dividend | | | | | | | |
| 70. -Ishares S&P midcap growth fund Y | A | Dividend | | | | | | | |
| 71. Sector SPDR Technology Select fund Y | A | Dividend | | | | | | | |
| 72. -Select Sector SPDR Financial fund Y | A | Dividend | | | | | | | |
| 73. -Select Sector SPDR Consumer Discretionary fund Y | A | Dividend | | | | | | | |
| 74. -Vanguard FTSE Developed Mrks fund Y | B | Dividend | | | | | | | |
| 75. -Vanguard Intl Equity Index emerging mrkts fund Y | A | Dividend | | | | | | | |
| 76. -Xtrackers USD High Yield Corp Bond Fund Y | B | Dividend | | | | | | | |
| 77. -Wells Fargo Money Market account Y | A | Interest | | | | | | | |
| 78. IRA #1 | | | | | | | | | |
| 79. -Europacific Growth Fd, cl A Y | A | Dividend | | | | | | | |
| 80. -Growth Fund America, Cl A Y | A | Dividend | | | | | | | |
| 81. -New Economy Fund SBI Cl A Y | A | Dividend | | | | | | | |
| 82. -Smallcap World Fd Y | A | Dividend | | | | | | | |
| 83. -Wash Mutl Invs Fd Inc, Cl A Y | A | Dividend | | | | | | | |
| 84. IRA #2 | | | | | | | | | |
| 85. -Wells Fargo Money Market account X | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | -Golman Sachs ETF TR ETF US Large Cap | A | Dividend | K | T | | | | | |
| 87. | -Invesco Emerging Mkts Soveriegn debt fund | A | Dividend | | | Sold | 10/01/20 | J | A | |
| 88. | -Ishares Russell 2000 fund | A | Dividend | K | T | Buy (add'l) | 07/21/20 | J | | |
| 89. | -Ishares core msci emerging markets fund | A | Dividend | K | T | | | | | |
| 90. | -Ishares Core S&P Midcap fund | A | Dividend | K | T | Buy (add'l) | 01/02/20 | J | | |
| 91. | | | | | | Buy (add'l) | 10/01/20 | J | | |
| 92. | -Ishares Core S&P 500 fund | A | Dividend | K | T | | | | | |
| 93. | -Ishares Core US Aggregate Bond fund | A | Dividend | K | T | Buy (add'l) | 01/02/20 | J | | |
| 94. | | | | | | Sold (part) | 04/01/20 | J | A | |
| 95. | | | | | | Sold (part) | 07/21/20 | J | A | |
| 96. | -Ishares Edge MSCI ETF Min Vol EUS ETF | A | Dividend | K | T | Sold (part) | 07/21/20 | J | A | |
| 97. | -Ishares S&P Midcap 400 value fund | A | Dividend | | | Sold | 01/02/20 | J | A | |
| 98. | -Ishares S&P Midcap 400 growth fund | A | Dividend | | | Sold | 01/02/20 | J | A | |
| 99. | -SectorSPDR Tr Technology Select sector fund | A | Dividend | J | T | | | | | |
| 100. | -Select Sector SPDR TR Financial fund | A | Dividend | | | Sold | 04/01/20 | J | A | |
| 101. | -Select Sector SPDR Fd consumer discretionary fund | A | Dividend | J | T | | | | | |
| 102. | --Select Sector Communications Fund | A | Dividend | J | T | Buy | 04/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **King, Leo L.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -Vanguard FTSE Develeoped Marktets fund | A | Dividend | K | T | Buy<br>(add'l) | 04/01/20 | J | | |
| 104.  -Vanguard Health Care Fund | A | Dividend | K | T | Buy | 07/21/20 | J | | |
| 105. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 106. | | | | | Buy<br>(add'l) | 07/21/20 | J | | |
| 107.  -Vanguard Mid Cap Fund | A | Distribution | J | T | Buy | 01/02/20 | J | | |
| 108.  -Vanguard Intl Equity Index fds ftse<br>emerging markets | A | Dividend | J | T | Sold<br>(part) | 04/01/20 | J | A | |
| 109. | | | | | Sold<br>(part) | 07/21/20 | J | A | |
| 110.  -Xtrackers USD High Yield Corp Bond fund | A | Dividend | J | T | Buy<br>(add'l) | 07/21/20 | J | | |
| 111. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 112.  TRUST #1 | | | | | | | | | |
| 113.  -Wells Fargo Money Mrkt Account | A | Int./Div. | J | T | | | | | |
| 114.  -Goldman Sachs Active Beta US Large Cap<br>Equity ETF | A | Dividend | K | T | | | | | |
| 115.  Invesco TR II Emerging MKTS Sovereign<br>Debt (FKA Powershares Em Mar) | A | Dividend | | | Sold | 10/01/20 | J | A | |
| 116.  -Ishares Russell 2000 fund | A | Dividend | J | T | Buy<br>(add'l) | 07/21/20 | J | | |
| 117. | | | | | Buy<br>(add'l) | 10/21/20 | J | | |
| 118.  -Ishares core S&P Midcap fund | A | Dividend | K | T | Sold<br>(part) | 01/02/20 | J | A | |
| 119. | | | | | Sold<br>(part) | 10/01/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **King, Leo L.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 10/21/20 | J | | |
| 121. -Ishares core S&P 500 fund | A | Dividend | K | T | Buy<br>(add'l) | 04/01/20 | J | | |
| 122. | | | | | Buy<br>(add'l) | 10/21/20 | J | | |
| 123. -Ishares Core US Aggregate Bond fund | B | Dividend | L | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 124. | | | | | Sold<br>(part) | 04/01/20 | J | A | |
| 125. | | | | | Sold<br>(part) | 07/21/20 | J | A | |
| 126. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 127. -Ishares Edge MSCI Min Vol USA ETF | A | Dividend | J | T | Buy<br>(add'l) | 10/21/20 | J | | |
| 128. | | | | | Sold<br>(part) | 07/21/20 | J | A | |
| 129. | | | | | Buy<br>(add'l) | 10/21/20 | J | | |
| 130. -Ishares Core MSCI Emerging Markets fund | A | Dividend | J | T | Sold<br>(part) | 07/21/20 | J | A | |
| 131. -Ishares IBOXX$ High Yield Corp Bond | A | Dividend | J | T | Buy<br>(add'l) | 10/21/20 | J | | |
| 132. -Ishares JP Morgan USD Emerging Markets Bond fund | A | Dividend | J | T | | | | | |
| 133. -Ishares MBS Fund | A | Dividend | J | T | Sold<br>(part) | 04/01/20 | J | A | |
| 134. -Sector SPDR Technology Select Sector fund | A | Dividend | J | T | Buy<br>(add'l) | 10/21/20 | J | | |
| 135. -Select Sector SPDR Financial fund | A | Dividend | | | Sold | 04/01/20 | J | A | |
| 136. -Select Sector SPDR Consumer Discretionary fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Select Sector SPDR Communications Fund | A | Dividend | J | T | Buy | 04/01/20 | J | | |
| 138.  -Vanguard FTSE Developed Markets fund | A | Dividend | J | T | Buy (add'l) | 04/01/20 | J | | |
| 139. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 140.  -Vanguard Health Care Fund | | | | | Buy | 07/21/20 | J | | |
| 141.  -Vanguard Intermediate Term Corp Bond fund | A | Dividend | J | T | Sold (part) | 04/01/20 | J | A | |
| 142.  -Vanguard Mid Cap fund | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 143. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 144. | | | | | Buy (add'l) | 07/21/20 | J | | |
| 145. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 146.  -Vanguard INTL Equity Index Emerging Mrkts fund | A | Dividend | | | Sold (part) | 04/01/20 | J | A | |
| 147. | | | | | Sold | 07/02/20 | J | A | |
| 148.  -Vanguard Short Term Corp Bd fund | A | Dividend | | | Sold | 01/02/20 | J | A | |
| 149.  -Xtrackers USD High Yield Corp Bond fund | A | Dividend | K | T | Buy | 07/21/20 | J | | |
| 150. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 151. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 152.  TRUST #2 | | | | | | | | | |
| 153.  -Well Fargo Money Mrkt Account | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  -Goldman Sachs ActiveBeta US Large Cacp Equity ETF | A | Dividend | K | T | Buy (add'l) | 10/21/20 | J | | |
| 155.  -Invesco TR II Emerging Mkts Sovereign Debt fund (FKA Powershares) | A | Dividend | | | Sold | 10/20/20 | J | A | |
| 156.  -Ishares Russell 2000 | A | Dividend | K | T | Buy (add'l) | 07/21/20 | J | | |
| 157. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 158.  -Ishares Core S&P Midcap fund | A | Dividend | K | T | Sold (part) | 01/02/20 | J | A | |
| 159. | | | | | Sold (part) | 10/01/20 | J | A | |
| 160. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 161.  -Ishares core S&P 500 index fund | A | Dividend | K | T | Buy (add'l) | 04/01/20 | J | | |
| 162. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 163.  -Ishares Core US Aggregate Bond fund | A | Dividend | L | T | Buy (add'l) | 01/02/20 | J | | |
| 164. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 165. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 166.  -Ishares Edge MSCI Min Vol USA ETF | A | Dividend | J | T | Sold (part) | 07/01/20 | J | A | |
| 167.  -Ishares IBOXX$ High Yield Corp Bond fd | A | Dividend | J | T | | | | | |
| 168.  -Ishares core MSCI Emerging Markets fund* | A | Dividend | J | T | Sold (part) | 07/10/20 | J | A | |
| 169.  -Ishares JP Morgan USD Emerging Markets Bond fund | A | Dividend | J | T | | | | | |
| 170.  -Ishares MBS MBB fund | A | Dividend | J | T | Sold (part) | 04/01/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. -Sector SPDR Tr Technology Select sector fund | A | Dividend | J | T | Buy (add'l) | 10/21/20 | J | | |
| 172. -Select Sector SPDR TR Financial fund | A | Dividend | | | Sold | 04/01/20 | J | A | |
| 173. -Select Sector SPDR fd consumer discretionary | A | Dividend | J | T | | | | | |
| 174. -Selecct Sector SPDR Communications fund | A | Dividend | J | T | Buy | 04/01/20 | J | | |
| 175. -Vanguard FTSE Developed Markets ETF fund | A | Dividend | K | T | Buy (add'l) | 04/01/20 | J | | |
| 176. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 177. -Vanguard Health Care Fund | A | Dividend | J | T | Buy | 07/21/20 | J | | |
| 178. -Vanguard Intermediate Term Corp bond fund | A | Dividend | J | T | Sold (part) | 04/01/20 | J | A | |
| 179. -Vanguard mid cap fund | A | Dividend | J | T | Buy | 01/20/20 | J | | |
| 180. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 181. | | | | | Buy (add'l) | 07/21/20 | J | | |
| 182. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 183. -Vanguard Intl Equity Index fds ftse emerging mkts | A | Dividend | | | Sold | 04/01/20 | J | A | |
| 184. -Vanguarde Short Term Corp Bond fd | A | Dividend | | | Sold | 01/02/20 | J | A | |
| 185. Xtrackers USD High Yield Corp Bond fund | A | Distribution | K | T | Buy (add'l) | 07/21/20 | J | | |
| 186. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 187. | | | | | Buy (add'l) | 10/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **King, Leo L.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. 401(k) #1 | | | | | | | | | |
| 189. -American Funds Income Fnd R3 y | A | Dividend | | | | | | | |
| 190. Royal Crown Bottling Corp (2011 Appraisal) | A | Distribution | P1 | Q | Sold (part) | 12/31/20 | O | G | |
| 191. RC Transportation Co. (2010 Appraisal) | G | Distribution | | | Sold | 12/31/20 | J | A | |
| 192. Rental Agricultural Property, Henderson County, Ky ($57,036) | E | Rent | K | S | | | | | |
| 193. POP Investments, LLC (Aggregate Ownership Arrangement) | | | | | | | | | |
| 194. -Federated Government Obligation Premier Fd | A | Interest | K | T | | | | | |
| 195. -Federal Home Ln Bks DEB | A | Interest | | | Redeemed | 03/30/20 | J | A | |
| 196. -Federal Farm CR BKS DEB | A | Interest | J | T | Buy | 04/08/20 | J | | |
| 197. -General Dynamics Corp Deb bond | A | Interest | J | T | | | | | |
| 198. -Carmel In REDEV Auth Lease Rev bond | A | Interest | J | T | | | | | |
| 199. -Columbus-Franklin Cnty Oh Fin Rev bond | A | Interest | J | T | | | | | |
| 200. -Connecticut St Hlth & Ed Fac Rev Bond | A | Interest | J | T | | | | | |
| 201. -Greene Cnty In Bldg Corp Rev bond | A | Interest | J | T | | | | | |
| 202. -Missouri hlth & Ed Fac Rev bond | A | Interest | | | Sold | 05/26/20 | J | A | |
| 203. -New Hope Tx Cult Ed FACS Fin Rev bond | A | Interest | J | T | | | | | |
| 204. -San Francisco City & Cnty txbl bond | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  -South Washington Cnty Mn Ind bond | A | Interest | J | T | | | | | |
| 206.  -University Central Arkansas Rev bond | A | Interest | | | Sold | 09/01/20 | J | A | |
| 207.  -West Fargo ND Publ Schl Dist bond | A | Interest | J | T | | | | | |
| 208.  -Apple Inc Bond | A | Interest | J | T | | | | | |
| 209.  -Bank of New York Mellon Corp bond | A | Interest | J | T | | | | | |
| 210.  -Chevron Corp bond | A | Interest | J | T | | | | | |
| 211.  -Cisco Systems Inc bond | A | Interest | J | T | | | | | |
| 212.  -Disney Walt company new med deb bond | A | Interest | J | T | | | | | |
| 213.  -Exxon Mobil Corp bond | A | Interest | J | T | | | | | |
| 214.  -Intel Corp DEB bond | A | Interest | J | T | | | | | |
| 215.  -JP Morgan Chase DEB bond | A | Interest | | | Sold | 05/26/20 | J | A | |
| 216.  -Merck & Co DEB bond | A | Interest | J | T | | | | | |
| 217.  -Oracle Corp DEB bond | A | Interest | J | T | | | | | |
| 218.  -Pepsico Inc DEB bond | A | Interest | J | T | | | | | |
| 219.  -Phillip Morris Intl Inc DEB bond | A | Interest | J | T | | | | | |
| 220.  -Qualcomm Inc DEB bond | A | Interest | J | T | | | | | |
| 221.  -Simon Property Group LB DEB bond | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. -Target Corp DEB bond | A | Interest | J | T | | | | | |
| 223. -TJX Company inc DEB bond | A | Interest | J | T | | | | | |
| 224. -Visa Inc DEB bond | A | Interest | J | T | | | | | |
| 225. -Wells Fargo & Co DEB bond | A | Interest | J | T | | | | | |
| 226. -Gabelli Dividend & Income PFD preferred stock | A | Int./Div. | J | T | | | | | |
| 227. -Georgia Power Co PFD preferred stock | A | Int./Div. | J | T | | | | | |
| 228. -Invesco Ex PFD ETF preferred stock | A | Int./Div. | J | T | | | | | |
| 229. -Public Storage PFD preferred stock | A | Int./Div. | J | T | | | | | |
| 230. -Fidelity New Markets Income fund | A | Dividend | J | T | Buy | 09/02/20 | J | | |
| 231. -Fidelity Overseas fund | A | Dividend | | | Buy (add'l) | 04/08/20 | J | | |
| 232. | | | | | Buy (add'l) | 04/15/20 | J | | |
| 233. | | | | | Sold (part) | 05/22/20 | J | B | |
| 234. -Invesco Oppenheimer Developing Markets fund | A | Dividend | | | Sold | 05/22/20 | J | A | |
| 235. -Vanguard Small Cap Value ETF Fund* | A | Dividend | J | T | Sold (part) | 05/26/20 | J | B | |
| 236. -Fidelity Overseas Fund | A | Dividend | J | T | Buy | 04/08/20 | J | | |
| 237. | | | | | Buy (add'l) | 04/15/20 | J | | |
| 238. -Fidelity Small cap growth fund | A | Dividend | J | T | Buy | 04/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **King, Leo L.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.  -Invesco Oppenheimer Developing Markets Fund | A | Dividend | J | T | Buy | 04/08/20 | J | | |
| 240. | | | | | Buy (add'l) | 04/15/20 | J | | |
| 241.  -T Rowe Price Mid Cap Growth | A | Dividend | K | T | Buy (add'l) | 04/08/20 | J | | |
| 242. | | | | | Buy (add'l) | 04/10/20 | J | | |
| 243. | | | | | Sold (part) | 05/22/20 | J | A | |
| 244. | | | | | Sold (part) | 09/11/20 | J | B | |
| 245.  -Vanguard small cap Index fund | A | Dividend | J | T | Buy (add'l) | 04/17/20 | J | | |
| 246.  -Wells Fargo Special Mid Cap Value fund | A | Dividend | J | T | Buy | 09/11/20 | J | | |
| 247.  -Vanguard Explorer Fund | A | Dividend | | | Sold | 04/13/20 | J | B | |
| 248.  -Abbot Labs stock | A | Dividend | J | T | Buy | 10/01/20 | J | | |
| 249.  -Abbvie Inc stock | A | Dividend | J | T | Buy | 10/01/20 | J | | |
| 250.  -Accenture stock | A | Dividend | J | T | | | | | |
| 251.  -Advanced Micro Devices stock | A | Dividend | J | T | Buy | 05/14/20 | J | | |
| 252.  -Air Products & Chemicals stock | A | Dividend | J | T | Buy | 04/08/20 | J | | |
| 253.  -Alibab Group Holding stock | A | Dividend | J | T | Buy (add'l) | 04/21/20 | J | | |
| 254. | | | | | Sold (part) | 05/13/20 | J | | |
| 255.  -Alliant Corp Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  -Alphabet Inc stock | A | Dividend | J | T | | | | | |
| 257.  -Amazon Stock | A | Dividend | K | T | Sold (part) | 04/20/20 | J | B | |
| 258. | | | | | Sold (part) | 05/26/20 | J | A | |
| 259.  -American Tower Corp stock | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 260.  -Apple Inc. Stock | A | Dividend | K | T | | | | | |
| 261.  -Bank Amer Corp stock | A | Dividend | | | Sold | 05/26/20 | J | A | |
| 262.  -Berkshire Hathaway inc stock | A | Dividend | | | Buy (add'l) | 04/09/20 | J | | |
| 263. | | | | | Sold | 05/26/20 | J | A | |
| 264.  -Blackrock inc stock | A | Dividend | J | T | Buy | 04/09/20 | J | | |
| 265.  -Blackstone Group inc stock | A | Dividend | J | T | Buy (add'l) | 04/09/20 | J | | |
| 266.  -Booking Holdings Inc stock | A | Dividend | J | T | Buy | 07/27/20 | J | | |
| 267.  -Bristol Myers Squibb stock | A | Dividend | | | Sold | 10/01/20 | J | A | |
| 268.  -Broadcom LTD stock | A | Dividend | J | T | | | | | |
| 269.  -Caterpillar Inc stock | A | Dividend | J | T | | | | | |
| 270.  -Chevron Corp Stock | A | Dividend | K | T | Sold (part) | 05/27/20 | J | C | |
| 271.  Citigroup Inc stock | A | Dividend | J | T | Buy | 05/26/20 | J | | |
| 272.  -Costco Whsl Corp stock | A | Dividend | J | T | Buy (add'l) | 04/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. -CSX Corp stock | A | Dividend | | | Sold | 05/26/20 | J | A | |
| 274. -Disney Company stock | A | Dividend | J | T | | | | | |
| 275. -East West Bancorp Inc Stock | A | Dividend | | | Sold | 04/08/20 | J | A | |
| 276. -Enbridge Inc | A | Dividend | J | T | | | | | |
| 277. -Exxon Mobil Corp Stock | A | Dividend | J | T | | | | | |
| 278. -Facebook inc stock | A | Dividend | J | T | Sold<br>(part) | 04/21/20 | J | A | |
| 279. -Fidelity Tr MSCI REIT ETF | A | Dividend | | | Sold | 03/27/20 | J | A | |
| 280. -General Dynamics Corp stock | A | Dividend | | | Sold<br>(part) | 04/09/20 | J | A | |
| 281. | | | | | Sold | 05/26/20 | J | A | |
| 282. -General Electric Co Stock | A | Dividend | J | T | | | | | |
| 283. -Gilead Sciences Inc Stock | A | Dividend | K | T | | | | | |
| 284. -Global x mlp & energy infrastructure etf | A | Dividend | | | Sold<br>(part) | 05/08/20 | J | A | |
| 285. | | | | | Sold | 05/26/20 | J | A | |
| 286. -Home Depot stock | A | Dividend | J | T | | | J | | |
| 287. -Honeywell International stock | A | Dividend | J | T | Buy<br>(add'l) | 04/09/20 | J | | |
| 288. -Intel Corp Stock | A | Dividend | K | T | Sold<br>(part) | 05/26/20 | J | A | |
| 289. | | | | | Sold<br>(part) | 07/27/20 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  -Intuitive Surgical Inc stock | A | Dividend | J | T | | | | | |
| 291.  -Invesco Active US Real Estate Fund | A | Dividend | J | T | Buy | 03/27/20 | J | | |
| 292. | | | | | Buy (add'l) | 05/26/20 | J | | |
| 293.  -Ishares S&P Golobal Clean Energy fund | A | Dividend | J | T | Buy | 10/01/20 | J | | |
| 294.  -JP Morgan Chase & Co. Stock | A | Dividend | K | T | Sold (part) | 04/09/20 | J | B | |
| 295.  -Johnson & Johnson Stock | B | Dividend | K | T | Sold (part) | 05/26/20 | J | B | |
| 296.  -Kimberly Clark stock | A | Dividend | J | T | | | | | |
| 297.  -Linde PLC EUR stock | A | Dividend | J | T | | | | | |
| 298.  -Marathon Pete Corp stock | A | Dividend | | | Sold | 04/09/20 | J | A | |
| 299.  -Marvel Technology stock | A | Dividend | J | T | Buy (add'l) | 09/09/20 | J | | |
| 300.  -Mastercard inc stock | A | Dividend | J | T | | | | | |
| 301.  -McDonalds Corp stock | A | Dividend | J | T | | | | | |
| 302.  -Medtronic PLC stock | A | Dividend | J | T | | | | | |
| 303.  -Merk & Co stock | A | Dividend | J | T | | | | | |
| 304.  -Microsoft Corp stock | A | Dividend | J | T | | | | | |
| 305.  -Mondelez International Inc stock | A | Dividend | J | T | | | | | |
| 306.  -Monster Beverage Corp Stock | A | Dividend | J | T | Sold (part) | 04/09/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Nike inc stock | A | Dividend | J | T | | | | | |
| 308. -Nucor Corp stock | A | Dividend | | | Sold | 05/26/20 | J | A | |
| 309. -Oracle Corp Stock | A | Dividend | J | T | Sold (part) | 04/21/20 | J | B | |
| 310. -Packaging Corp Amer Stock | A | Dividend | J | T | | | | | |
| 311. -Palo Alto Networks inc stock | A | Dividend | J | T | Sold (part) | 02/27/20 | J | A | |
| 312. -PayPal Holdings inc stock | A | Dividend | J | T | | | | | |
| 313. -Pepsico Inc stock | A | Dividend | J | T | Buy (add'l) | 04/09/20 | J | | |
| 314. -PPG INDS inc stock | A | Dividend | | | Sold | 05/26/20 | J | A | |
| 315. -Procter & Gamble Co | A | Dividend | K | T | | | | | |
| 316. -Salesforce.com stock | A | Dividend | J | T | | | | | |
| 317. -Sherman WIlliams Co Stock | A | Dividend | J | T | Sold (part) | 04/09/20 | J | A | |
| 318. -Skyworks Solutions Inc stock | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 319. -Starbucks Corp Stock | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 320. -Stryker Corp stock | A | Dividend | J | T | | | | | |
| 321. -T-Mobile US stock | A | Dividend | J | T | | | | | |
| 322. -Target Corp stock | A | Dividend | J | T | Buy | 04/02/20 | J | | |
| 323. | | | | | Buy (add'l) | 04/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.  -Telsa Motors Inc. stock | A | Dividend | J | T | Buy | 07/27/20 | J | | |
| 325.  -Union Pacific Corp stock | A | Dividend | J | T | Buy | 05/26/20 | J | | |
| 326.  -United Parcel Service | A | Dividend | J | T | Buy | 05/26/20 | J | | |
| 327.  -TJX companies stock | A | Dividend | | | Sold<br>(part) | 04/02/20 | J | A | |
| 328. | | | | | Sold | 04/21/20 | J | A | |
| 329.  -Unilever stock | A | Dividend | | | Sold | 04/21/20 | J | A | |
| 330.  -United Technologies corp stock | A | Dividend | | | Sold | 04/17/20 | J | A | |
| 331.  -United Health Group stock | A | Dividend | J | T | | | | | |
| 332.  -Valero Energy stock | A | Dividend | J | T | Buy | 04/09/20 | J | | |
| 333.  -Verizon Communications stock | A | Dividend | J | T | Sold<br>(part) | 07/27/20 | J | A | |
| 334.  -Visa inc stock | A | Dividend | J | T | | | | | |
| 335.  -Waste Management inc stock | A | Dividend | J | T | | | | | |
| 336.  TRUST #3 | | | | | | | | | |
| 337.  -Fifth Third Banksafe Trust Money Market<br>Account | A | Interest | M | T | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **King, Leo L.** | 05/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 189 and 201 of my 2019 reprort were duplicative entries.  The asset is listed at line 168 of this disclosure.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leo L. King**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544